2019 JUN 21  PM 12: 14

Larry J. Butler
12620 Astor Place
Fort Myers, FL 33913-2603
318-560-8927 (mobile)
larryjbutler@comcast.net

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT of FLORIDA
Fort Myers Division

| | |
|---|---|
| LARRY J. BUTLER, ) | |
| ) | |
| Plaintiff, ) | Case No: 2:19-cv-331-FtM-99MRM |
| ) | |
| v. ) | Appeal of Federal Agency Decision |
| ) | 5 U.S.C. 701 (Administrative Procedure Act) |
| COMMISSIONER of SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action is related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

1

March 7, 2019, Social Security Administration (SSA) Final Order implementing dismissal of plaintiff's claim (No. ATL-17-0194-SSA) and adopting without modification an Order of Dismissal dated February 19, 2019 issued by Equal Employment Opportunity Commission (EEOC) Administrative Judge (AJ) Joy R. Brockman (No. 510-2018-00007X).

The SSA Final Order dated March 7, 2019, exhausted plaintiff's federal administrative remedies.

I certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen (14) days after appearance of the party.

Dated:     June 19, 2019.


_____
Larry J. Butler, /pro se
12620 Astor Place
Fort Myers, FL 33913-2603
Mobile (cell): 318-560-8927
Email:     larryjbutler@comcast.net